UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-08-502 |
| | § | |
| JOHN MORALES | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)  There is a serious risk that the defendant will not appear for court as required; and

(2)  There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  Ammunition was found in the garage of the home defendant owned and lived in.  The findings and conclusions contained in the Pretrial Services Report are adopted, except that the testimony of the defendant's common-law wife, Paula Vela, that she is not on felony probation, is accepted.  The defendant was placed on felony probation just two months ago.  A basic condition of any probation is that the probationer not commit new crimes.  By his commission of this crime, the defendant has demonstrated that he is either unwilling or unable to comply with court-ordered conditions of release.

The defendant is committed to the custody of the Attorney General or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

      ORDERED this 1st day of July, 2008.

                                            B. JANICE ELLINGTON
                                            UNITED STATES MAGISTRATE JUDGE